Amelia G. BRANDON and Joseph G. Brandon, Appellants,

v.

Mary CORDEVANT, Respondent.

No. 45211.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 28, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Denied
Sept. 1, 1983.

Application to Transfer Denied
Oct. 18, 1983.

William R. O'Toole, St. Louis, for appellants.

Daniel T. Rabbitt, St. Louis, for respondent.

### ORDER

PER CURIAM.

Plaintiffs appeal from a judgment entered upon a jury verdict in a negligence action. No error of law appearing and this Court having determined that an opinion would have no precedential value, the judgment of the trial court is affirmed in compliance with Rule 84.16(b) V.A.M.S.